IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| PATRICK DOYLE, | ) | CIVIL ACTION NO. 7:11CV00256 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| JOHN DOE, WARDEN, ET AL., | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust administrative remedies; plaintiff's pending motions (ECF Nos. 5 & 6) are **DENIED**; and this action is stricken from the active docket of the court.

**ENTER**: This 17th day of June, 2011.

_____
United States District Judge